**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO DIEGO BRUGNOLI-BASKIN,<br><br>Defendant. | NO. CR26-00168-JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

THE COURT has considered the unopposed motion of the defendant to continue the trial date and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and



Attorneys-at-Law
MARSHALL & SAUNDERS, P.S.
901 Fifth Avenue, Suite 2800
Seattle, Washington 98164
Telephone (206) 826-1400
Fax (206) 826-1462

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of November 9, 2026, and the new trial date of May 3, 2027, is necessary to provide counsel additional time to review discovery, consult with Mr. Brugnoli-Baskin, evaluate potential pretrial motions, and prepare for trial. The Government does not oppose the requested continuance.

(f) It is ORDERED that defendant's unopposed motion is GRANTED. The trial date in this matter is continued to May 3, 2027, and that pretrial motions shall be filed no later than March 22, 2027. The time period between the date of this order and the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DONE this 13th day of October, 2026.

JAMES L. ROBART
United States District Court Judge

Presented by:

MARSHALL & SAUNDERS, P.S.

/s/ Joshua R. Saunders
JOSHUA R. SAUNDERS
Attorney for Antonio Diego Brugnoli-Baskin



Attorneys-at-Law
MARSHALL & SAUNDERS, P.S.
901 Fifth Avenue, Suite 2800
Seattle, Washington 98164
Telephone (206) 826-1400
Fax (206) 826-1462